JS-6

<div style="font-size:small">Gordon & Rees LLP<br>633 West Fifth Street, Suite 4900<br>Los Angeles, CA 90071</div>

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL BARTEAU,<br><br>    Plaintiff,<br><br>vs.<br><br>PRUDENTIAL INSURANCE COMPANY OF AMERICA; LONG TERM DISABILITY COVERAGE FOR ALL EMPLOYEES LOCATED IN UNITED STATES OF DEVRY, INC.,<br><br>    Defendants. | CASE NO. CV08-02733 RSWL (FMOx)<br><br>JOINT [PROPOSED] FINAL JUDGMENT |

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, pursuant to the Court's Findings of Fact and Conclusions of Law dated May 26, 2009, ruling in favor of Plaintiff Carl Barteau ("Plaintiff") and against Defendants The Prudential Insurance Company of America ("Prudential") and Long Term Disability Coverage For All Employees Located in United States of Devry, Inc., (the "Plan"), in this action, and ordering Parties to meet and confer and submit a stipulation regarding the award of benefits and amount of pre-judgment interest due to Plaintiff, the Parties hereby submit their Joint Proposed Final Judgment:

The Parties have stipulated and agreed as follows:

1   Defendant Prudential shall pay Plaintiff:

2   A total award of back benefits in the amount of Seventeen Thousand, Six
3   Hundred Eighty Six Dollars and Sixty Cents, ($17,686.60) for the period from
4   November 1, 2006 to May 26, 2009,

5   A total sum of $871.44, in pre-judgment interest.

6   Per the Court's Order, Plaintiff shall be reinstated under the Plan, Plaintiff's
7   claim for benefits beyond the present date is remanded to Defendants, and benefits
8   shall continue to be paid following May 26, 2009 and up through the present date,
9   and continuing so long as Plaintiff remains disabled under the terms of the Plan.
10  Defendants are ordered to pay said sums to Plaintiff within thirty (30) days of the
11  present date, and thereafter the amounts specified above shall accrue interest.

12  The Parties have reached an agreement concerning the payment of Plaintiff's
13  attorneys' fees and costs, which shall be memorialized in a confidential settlement
14  agreement to be signed by the Parties and Plaintiff's counsel or record.

15  The Court hereby approves this Joint Proposed Final Judgment.

16  IT IS SO ORDERED.

18  Dated: July 16, 2009

_____
HON. RONALD S. W. LEW
SENIOR, U.S. DISTRICT COURT JUDGE

Gordon & Rees LLP
633 West Fifth Street, Suite 4900
Los Angeles, CA 90071